# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| PAULA J. ELLIS | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | No. 7:09-CV-70-O (BF) |
| | § | |
| MICHAEL J. ASTRUE | § | |
| Commissioner of Social Security, | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 26th day of August, 2010.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**